IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| GETZELL JOHNSON MURRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:01cv184 |
| ERNEST V. CHANDLER, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Getzell Johnson Murrell, an inmate at the Federal Correctional Institution in El Reno, Oklahoma, proceeding *pro se*, brought this *Bivens*-type action[1] against prison officials employed at the Federal Correctional Complex in Beaumont, Texas.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed with prejudice pursuant to the Joint Stipulation of Dismissal filed by the parties.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this the 15th day of February, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE